**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICANS FOR SAFE ACCESS,

    Plaintiff,

  v.

ERIC HOLDER, Attorney General of the United States,

    Defendant.

No. C 11-05248 WHA

**ORDER DENYING SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court **DENIES** plaintiff's second request to continue the case management conference for another sixty days, having noted that the complaint herein was filed on October 27, 2011, approximately six months ago.

**IT IS SO ORDERED.**

Dated: April 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE